August 11, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

STERLING INTERESTS INVESTMENTS, INC. D/B/A ELITE COLLISION
CENTER, Appellant

NO. 14-15-00078-CV                    V.

CC AUTO BROKERS, INC., Appellee

_____

       This cause, an appeal from the final judgment in favor of appellee CC Auto Brokers, Inc., signed December 15, 2014, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

       We order appellant Sterling Interests Investments, Inc. d/b/a Elite Collision Center to pay all costs incurred in this appeal.

       We further order this decision certified below for observance.